IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BLUE AUGUST, LLC,

    Movant,

v.                                                   No. 12-MC-0013

HECKLER & KOCH, INC.,

    Respondent.
_____

ORDER ADOPTING REPORT AND RECOMMENDATION
_____

Pursuant to an order of reference entered on May 12, 2014 (D.E. 9), the magistrate judge held a status conference on May 19, 2014 (D.E. 11) and issued a report and recommendation on July 2, 2014 recommending the Court close this matter (D.E. 13). The Court has reviewed the magistrate judge's report and recommendation. According to the docket, no objections have been filed, and the time for doing so has expired. The magistrate judge's report and recommendation is therefore ADOPTED, and this case is CLOSED.

    IT IS SO ORDERED this 21st day of July 2012.

                                        s/ J. DANIEL BREEN
                                        CHIEF UNITED STATES DISTRICT JUDGE